# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| JEFFREY MARK FAWCETT, | ) Case No. 21-41210-169 |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |
| STATE OF MISSOURI ex rel Attorney General Eric S. Schmitt, | ) Adversary No. 21-4044-659 |
| | ) |
| | ) PUBLISHED |
| Plaintiff. | ) |
| | ) |
| -V- | ) |
| | ) |
| JEFFREY MARK FAWCETT, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

Upon consideration of the record as a whole and consistent with the Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** the relief requested in the Complaint is **GRANTED** and judgment is entered in favor of Plaintiff and against Debtor/Defendant; and

**IT IS FURTHER ORDERED THAT** judgment is entered in favor of Plaintiff and against Debtor/Defendant for restitution for the Proven Loss Consumers pursuant to Mo. Rev. Stat. § 407.025.5 in the amount of $142,752.33; and

**IT IS FURTHER ORDERED THAT** judgment is entered in favor of Plaintiff and against Debtor/Defendant for a credit to Plaintiff pursuant to Mo. Rev. Stat. § 407.140.3 consisting of ten percent of the awarded restitution in the amount of $14,275.23; and

**IT IS FURTHER ORDERED THAT** judgment is entered in favor of Plaintiff and against Debtor/Defendant for a penalty pursuant to Mo. Rev. Stat. § 407.100.6 in the amount of $27,000.00; and

**IT IS FURTHER ORDERED THAT** the debt for restitution for the Proven Loss Consumers in the amount of $142,752.33 is nondischargeable under 11 U.S.C. § 523(a)(2)(A); and

**IT IS FURTHER ORDERED THAT** the debt for a credit to Plaintiff consisting of ten percent of the awarded restitution in the amount of $14,275.23 is nondischargeable under 11 U.S.C. § 523(a)(7); and

**IT IS FURTHER ORDERED THAT** the debt for a penalty in the amount of $27,000.00 is nondischargeable under 11 U.S.C. § 523(a)(7); and this is the final judgment and Order of the Bankruptcy Court in this case.

*/s/ Kathy A. Surratt-States*

KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: October 22, 2024
St. Louis, Missouri

**Copies to:**

| | |
|---|---|
| **Office of the United States Trustee**<br>Thomas F. Eagleton U.S. Courthouse<br>111 South 10th Street, Suite 6.353<br>St. Louis, MO  63102 | **Michelle Lynn Hinkl**<br>Missouri Attorney General's Office<br>815 Olive Street<br>St. Louis, MO 63101 |
| **Jeffrey Mark Fawcett**<br>2005 Moondance Dr.<br>O'Fallon, MO 63368 | **Thomas H Riske**<br>Carmody MacDonald P.C.<br>120 South Central Ave., Ste. 1800<br>St. Louis, MO 63105 |
| **Tyler C Schaeffer**<br>Carmody MacDonald, P.C.<br>120 S. Central Avenue, Suite 1800<br>St. Louis, MO 63105 | |